## AUGUST 12, 1998

No. D–1971. IN RE DISBARMENT OF TOTH. Peter J. Toth, of Burlington, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 22, 1998 [*ante*, p. 936], is discharged.

No. 97–7597. KNOWLES v. IOWA. Sup. Ct. Iowa. [Certiorari granted, 523 U. S. 1019.] Motion of respondent to dismiss the writ of certiorari as improvidently granted denied.